UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TYRONE HOLMES,                                                                       No. 17-cv-4557-ER
                                                    Plaintiff,

    -against-                                                                              **NOTICE OF APPEAL**

APPLE INC.,
AMAZON.COM, LLC, and
CHECKPOINT FLUIDIC SYSTEMS
INTERNATIONAL, LTD.,
                                                    Defendants.
------------------------------------------------------------------------X

    **NOTICE** is hereby given that the following party, plaintiff, TYRONE HOLMES, in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the order entered on July 23, 2018 that: denied plaintiff's motion to amend the complaint and for discovery; granted defendant's, Checkpoint's, motion to dismiss; granted defendant's, Amazon's, motions for summary judgment and judgment on the pleadings; and granted defendant's, Apple's, motion for judgment on the pleadings.

Dated: New York, New York                           _____/s/_____
       August 22, 2018                                       Robert G. Leino,
                                                                        Attorney for Plaintiff Tyrone Holmes
                                                                        15 W. 55th Street, 6 D
                                                                        New York, New York 10019
                                                                        (917) 613-5926
                                                                        rgleino@leinolaw.com