

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

January 21, 2022

**BY ECF AND OVERNIGHT MAIL**

Tyrone Holmes
1465 Hammersley Ave
Bronx, NY 10469

David R Eberhart
O'Melveny & Myers, LLP
Two Embarcadero Center
San Francisco, CA 94111

Michael John Goettig
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020

Brian Dale Graifman
Borah, Goldstein, Altschuler ,Nahins, &
Goidel, P.C.
377 Broadway, 6th Floor
New York, NY 10013

Re: 1:17-cv-04557-ER, Holmes v. Apple Inc. et al

Dear Mr. Holmes and Counsel,

    I have been contacted by Judge Edgardo Ramos, U.S.D.J., who presided over the above-named case.

    Judge Ramos informed me that it has been brought to his attention that well after the case was filed but while he still presided over the case, he owned stock in Apple Inc. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership may have required recusal under the Code of Conduct for United States Judges, and thus, he directed that I notify the parties of the potential conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance regarding disqualification:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then

Notice of Counsel of Record
January 21, 2022
Page 2

determine what relief they may seek, and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

If you wish to respond to the disclosure of a potential conflict in this matter, please file your response in the above-named case. Any response will be considered by another judge of the court without the participation of Judge Ramos.

Sincerely,

Ruby J. Krajick
Clerk of Court

cc: Hon. Edgardo Ramos, U.S.D. J.